# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| MOHAMED MUSE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:15-cv-00615 |
| | ) | CHIEF JUDGE CRENSHAW |
| DAVID HARPER, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 46), to which Plaintiff did not object. The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Defendants' Motion to Dismiss (Doc. No. 35) is **GRANTED**. Plaintiff's § 1983 claims are **DISMISSED WITH PREJUDICE**. Plaintiff's defamation and slander claims are **DISMISSED WITH PREJUDICE**. The remainder of Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**. 28 U.S.C. § 1367(c)(3). The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

The Court **CERTIFIES** that an appeal taken in forma pauperis from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE